UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LORETTA McHENRY,

                Plaintiff,

  -against-

ONE BEACON INSURANCE CO., CGU
INSURANCE CO., and BRUCE A.
LAWRENCE,

                Defendants.
---------------------------------------------------------------X

JUDGMENT
03-CV-4916 (DGT)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ AUG 3 1 2005 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on August 29, 2005, granting the defendants' motion for summary judgment; and dismissing all of plaintiff's claims with prejudice; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the defendants' motion for summary judgment is granted; and that all of plaintiff's claims are dismissed with prejudice.

Dated: Brooklyn, New York
       August 31, 2005

Robert C. Heinemann
Clerk of Court

By:   s/Terry Vaughn
      Terry Vaughn
      Chief Deputy Clerk
      for Operations